# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1945

_____

Virginia M. Locke; William G. Locke,   *
                                          *

                   Appellants,     *
                                            *

     v.                             *
                                          *

Wal-Mart Stores, Inc.,           *
                                          *

                   Appellee.     *

_____

No. 98-2138

_____

Virginia M. Locke; William G. Locke,   *   Appeals from the United States
                                          *   District Court for the Western

                   Appellees,     *   District of Missouri.
                                            *

     v.                             *        [UNPUBLISHED]
                                          *

Wal-Mart Stores, Inc.,           *
                                          *

                   Appellant.     *

_____

No. 98-3064

_____

Virginia M. Locke; William G. Locke,   *

                                          *
              Appellants,                 *
                                          *
        v.                                *
                                          *
Wal-Mart Stores, Inc.,                    *
                                          *
              Appellee.                   *


                        _____

                        No. 98-3119
                        _____

Virginia M. Locke; William G. Locke,      *
                                           *
              Appellees,                   *
                                           *
        v.                                 *
                                           *
Wal-Mart Stores, Inc.,                     *
                                           *
              Appellant.                   *
                                   _____

                        Submitted:  June 14, 1999
                            Filed:  June 21, 1999
                                   _____

Before BOWMAN, HEANEY, and FAGG, Circuit Judges.
                                   _____

PER CURIAM.

        Virginia M. Locke and William G. Locke appeal the district court's grant of Wal-
Mart Stores, Inc.'s (Wal-Mart) motion for judgment as a matter of law in the Lockes'

action to recover for personal injuries and loss of consortium arising from a fall when Virginia Locke was a patron at a Wal-Mart store. We review the grant of a motion for judgment as a matter of law under a well-established standard. After careful review of the record and the parties' submissions, we conclude the district court correctly granted judgment in Wal-Mart's favor. We also conclude a comprehensive opinion in this diversity case would lack precedential value. We thus affirm the district court's ruling without further discussion. Having ruled in Wal-Mart's favor, we need not consider the Lockes' contention that the district court improperly entered a conditional order for a new trial or Wal-Mart's cross-appeal. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.